No. 691, Misc. ARMENTA v. DUNBAR, CORRECTIONS DIRECTOR. Sup. Ct. Cal. Certiorari denied.

No. 692, Misc. MAGETTE v. NEW YORK. App. Div., Sup. Ct. N. Y., 1st Jud. Dept. Certiorari denied. Petitioner *pro se*. *Frank S. Hogan* and *H. Richard Uviller* for respondent.

No. 693, Misc. HURLEY v. UNITED STATES. C. A. D. C. Cir. Certiorari denied. Petitioner *pro se*. *Solicitor General Marshall, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Daniel H. Benson* for the United States.

No. 695, Misc. LYONS ET AL. v. BAILEY, DIRECTOR, JUVENILE COURT FACILITIES. Sup. Ct. Cal. Certiorari denied.

No. 697, Misc. BOWDEN v. CALIFORNIA ADULT AUTHORITY ET AL. Sup. Ct. Cal. Certiorari denied.

No. 698, Misc. SANCHEZ v. COX, WARDEN. Sup. Ct. N. M. Certiorari denied.

No. 702, Misc. CAGLE v. HARRIS, WARDEN. C. A. 8th Cir. Certiorari denied. Petitioner *pro se*. *Solicitor General Marshall, Assistant Attorney General Doar* and *David L. Norman* for respondent.

No. 704, Misc. LITTERIO v. UNITED STATES. C. A. 5th Cir. Certiorari denied. Petitioner *pro se*. *Solicitor General Marshall* for the United States.

No. 708, Misc. VANHOOK v. EKLUND, PRISON SUPERINTENDENT. C. A. 9th Cir. Certiorari denied.